IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE MCKNIGHT<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| AMAZON.COM INC. *et al.*<br>*Defendants* | : | No. 23-1449 |

## ORDER

AND NOW, this _____ day of November, 2023, upon consideration of Mr. McKnight's Motion to Remand (Doc. No. 6), Amazon's Response in Opposition (Doc. No. 21), Mr. McKnight's Reply (Doc. No. 24), oral argument heard on October 30, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. McKnight's Motion (Doc. No. 6) is **DENIED.**

BY THE COURT:

GENE E.K. PRATTER
**United States District Judge**

1